IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NICHOLAS OMAR O'QUINN,

    *Petitioner*,

v.                                Case No.: 4:24cv294-MW/MAF

RICKY D. DIXON,

    *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 12, is **accepted and adopted** as this Court's opinion. Respondent's motion to dismiss the amended petition as untimely filed, ECF No. 10, is **GRANTED**. The Clerk shall enter judgment stating, "Petitioner's amended petition for writ of habeas corpus is **DISMISSED with prejudice** as untimely." A certificate of appealability is **DENIED**. The Clerk shall

close the file.

**SO ORDERED on January 21, 2025.**

*s/Mark E. Walker*
**Chief United States District Judge**
